Charles B. Smith, appellee, v. Gordon C. Thorne and Richard E. Schmidt, appellants. Gen. No. 38,968.

Heard in the third division of this court for the first district at the October term, 1936. Opinion filed June 30, 1937. Rehearing denied July 12, 1937.

Bernard W. Vinissky, for appellants. Winston, Strawn & Shaw, for appellee; Harold A. Smith and Douglas C. Moir, of counsel.

Mr. Justice Hall delivered the opinion of the court.